# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OLUFOLAJIMI ABEGUNDE, ) | |
| ) | |
| Movant, ) | |
| ) | Cv. No. 2:22-cv-02879-SHL-atc |
| v. ) | Cr. No. 2:17-cr-20238-07-SHL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Movant Olufolajimi Abegunde's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1), filed December 30, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 25), filed March 11, 2026, all of Movant's claims against Respondent are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 11, 2026
Date